The Supreme Court docket number is SC 17863.

*Linda Clough*, in support of the petition.

*Irena J. Urbaniak*, city attorney, in opposition.

Decided March 14, 2007

STATE OF CONNECTICUT *v.* TELLY TROY SMITH

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 902 (AC 27682), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided March 14, 2007

STATE OF CONNECTICUT *v.* DERRICK ENGMANN

The defendant's petition for certification for appeal from the Appellate Court (AC 26645) is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided March 14, 2007

TRINITY UNITED METHODIST CHURCH *v.* JENNIFER L. CLEAVER

The defendant's petition for certification for appeal from the Appellate Court (AC 27590) is denied.

*James W. Sherman*, in support of the petition.

Decided March 14, 2007